# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D24-0103
LT Case Nos. 2014-CF-1379

_____

GEORGE MASON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Hernando County.
Stephen E. Toner, Jr., Judge.

George Mason, III, Indiantown, pro se.

No Appearance for Appellee.

April 12, 2024

PER CURIAM.

AFFIRMED.

MAKAR, HARRIS, and PRATT, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————